■ RICHARD ROGERS, Appellant, v MARCIA ROGERS, Respondent.—In an action, inter alia, to reform a separation agreement, plaintiff appeals from an order of the Supreme Court, Westchester County, dated August 14, 1978, which granted defendant's motion for summary judgment on the ground of res judicata and/or collateral estoppel. Order affirmed, with $50 costs and disbursements, on the opinion of Mr. Justice Slifkin at Special Term. Gulotta, J. P., Shapiro, Cohalan and Margett, JJ., concur.